# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　Crim. No. 5:16-CR-291-1H

**RANDY CHRISTOPHER BROWN**

On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　/s/ Mark Culp  
Michael C. Brittain　　　　　　　　　　　　Mark Culp  
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer  
　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110  
　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301  
　　　　　　　　　　　　　　　　　　　　Phone: 910-483-8613  
　　　　　　　　　　　　　　　　　　　　Executed On: October 16, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17th__ day of __October__, 2017.

_____  
Malcolm J. Howard  
Senior U.S. District Judge